UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
                            )
                            )
JUNEID N MAJORS             )
            Plaintiff(s)    )
                            )          C 05-04595 CRB
    -v-                     )
                            ) ORDER SETTING INITIAL CASE MANAGEMENT
PFIZER INC                  ) CONFERENCE
            Defendant(s)    )
_____)
```

        IT IS HEREBY ORDERED that this action is assigned to the
Honorable Charles R. Breyer.  When serving the complaint or
notice of removal, the plaintiff or removing defendant must
serve on all other parties a copy of this order, the handbook
entitled "Dispute Resolution Procedures in the Northern District
of California" and all other documents specified in Civil Local Rule 4-2.
Counsel must comply with the case schedule listed below unless the
Court otherwise orders.

Counsel and clients must familiarize themselves
with that rule and with the handbook entitled "Dispute Resolution
Procedures in the Northern District of California."


```
Date      Event                                              Governing Rule
--------------------------------------------------------------------------
11/08/2005 case filed in the N. District of California

01/20/2006 Last day to meet and confer re initial            FRCivP 26(f)
           disclosures, early settlement, and
           discovery plan

02/03/2006 Last day to complete initial disclosures          FRCivP 26(a)(1)
           or state objection in Rule 26(f) Report,          Civil L.R.16-9
           file/serve Case Management Statement, and
           file/serve Rule 26(f) Report

02/10/2006 Case Management Conference in
           Ctrm. 8, 19th FL,SF at 8:30 AM                    Civil L.R. 16-10
```